No. 84–2032.   GREEN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

JUSTICE WHITE, with whom JUSTICE BRENNAN joins, dissenting.

This case presents the question whether, in a prosecution for mail fraud under 18 U. S. C. § 1341, a defendant who makes out an adequately supported defense of good faith is entitled to a separate jury instruction on that issue when the court gives a sufficient instruction on specific intent.   Here, the United States Court of Appeals for the Ninth Circuit held that if a specific-intent instruction adequately covers the issue of good faith, that is sufficient to present the defense to the jury, and the defendant is not entitled to a separate good-faith instruction.   745 F. 2d 1205 (1984).   Three other Courts of Appeals have reached the same conclusion.   *United States* v. *Gambler,* 213 U. S. App. D. C. 278, 281, 662 F. 2d 834, 837 (1981); *United States* v. *Bronston,* 658 F. 2d 920, 930 (CA2 1981), cert. denied, 456 U. S. 915 (1982); *United States* v. *Sherer,* 653 F. 2d 334, 337–338 (CA8), cert. denied, 454 U. S. 1034 (1981).   Both the Fifth Circuit in *United States* v. *Fowler,* 735 F. 2d 823, 828 (1984), and the Tenth Circuit in *United States* v. *Hopkins,* 744 F. 2d 716, 718 (1984) (en banc), however, have reached the opposite conclusion.   Both of these courts have held that when the defendant presents evidentiary support for his good-faith defense, the trial court must give a separate instruction to the jury on this issue.   See also *United States* v. *McGuire,* 744 F. 2d 1197, 1201 (CA6 1984).   Given this square conflict among the Courts of Appeals, I would grant certiorari in this case.